John S. Gygi (5476)
Special Assistant U.S. Attorney
125 South State St., Room 2227
Salt Lake City, UT  84138
Telephone: (801) 524-3205
Email: john.gygi@sba.gov

Attorney for the U.S. Small Business Administration
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**
_____

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-23514 |
| RASPBERRY CREEK FABRICS, LLC, | Chapter 11<br>Subchapter V |
| Debtor. | Honorable Kevin A. Anderson |

_____

**NOTICE OF U.S. SMALL BUSINESS ADMINISTRATION'S ELECTION
TO HAVE ITS CLAIM #16 TREATED UNDER 11 U.S.C. § 1111(b)(2)**
_____

Pursuant to 11 U.S.C. § 1111(b)(1)(A)(i) and (2), and pursuant to Bankruptcy Rule 3014, the Small Business Administration ("SBA"), an agency of the United States government, elects to have its partially secured claim, filed as claim #16 in this case, treated as being secured to the extent that such claim is allowed.  This election does not apply to the fully unsecured claim #15 filed by SBA in this case.

Dated this 30th day of October, 2023.

/s/ John S. Gygi
Attorney for SBA

## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th day of October, 2023, I caused to be served a true and correct copy of the foregoing Notice of 1111(b) Election upon the following electronically through the Court's CM/ECF system:

- George B. Hofmann, ghofmann@ck.law, mparks@ck.law, apetersen@ck.law
- Peter J. Kuhn, peter.j.kuhn@usdoj.gov, james.gee@usdoj.gov, lindsey.huston@usdoj.gov, Rinehart.peshell@usdoj.gov, rachelle.d.armstrong@usdoj.gov, Brittany.eichorn@usdoj.gov
- Brian M. Rothschild, brothschild@parsonsbehle.com, ecf@parsonsbehle.com, docket@parsonsbehle.com, ecf.aler+rothschild@titlexi.com, cbmr11@trustesolutions.net
- Nicola G. Suglia, nsuglia@fleischerlaw.com
- Jeffrey L. Trousdale, jtrousdale@cohnekinghorn.com
- United States Trustee, USTPRegion19.sk.ecf@usdoj.gov

/s/ John S. Gygi